No. D–127. In re Disbarment of Gonzalez. Disbarment entered. [For earlier order, see 434 U. S. 980.]

No. D–128. In re Disbarment of Kellogg. Disbarment entered. [For earlier order see 434 U. S. 980.]

No. D–132. In re Disbarment of Esser. It is ordered that Gene Ira Esser of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–133. In re Disbarment of Chu. It is ordered that Gene Loy Chu of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 77–529. Wise, Mayor of Dallas, et al. v. Lipscomb et al. C. A. 5th Cir. [Certiorari granted, 434 U. S. 1008.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* granted and 15 minutes allotted for that purpose, provided that the brief of the United States is filed on or before April 10, 1978. If the brief is timely filed, appellants also allotted an additional 15 minutes for oral argument.

No. 77–888. Vitek, Correctional Director, et al. v. Jones et al. D. C. Neb. [Probable jurisdiction noted, 434 U. S. 1060.] Motion of appellee Jones for leave to proceed herein *in forma pauperis* granted. Motion for appointment of counsel granted, and it is ordered that Thomas A. Wurtz, Esquire, of Lincoln, Neb., be appointed to serve as counsel for appellee Jones in this case.

No. 77–1207. Blum, Acting Commissioner, Department of Social Services of New York, et al. v. Toomey et ux. C. A. 2d Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.